
JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CIV 7810

THE SHELDON ABEND REVOCABLE TRUST,

    Plaintiff,

vs.

CASE NO.: _____

STEVEN SPIELBERG; DREAMWORKS, LLC;
PARAMOUNT PICTURES CORPORATION;
VIACOM, INC.; NBC UNIVERSAL, INC.;
UNIVERSAL PICTURES CORPORATION;
UNITED INTERNATIONAL PICTURES, B.V.,

**SUMMONS ON
STEVEN SPIELBERG**

    Defendants.

THE STATE OF NEW YORK
To all and singular sheriffs of said state:

YOU ARE HEREBY COMMANDED to serve this Summons, a copy of the Complaint, and the Plaintiff's Notice of Non-Destruction of Electronic Data and Computer Files in the above-styled cause upon the Defendant, Steven Spielberg, individually and as President of DreamWorks, LLC, at:

| | | |
|---|---|---|
| Steven Spielberg, President<br>DreamWorks, LLC<br>100 Universal City Plaza<br>Building 5121<br>Universal City, CA 91608 | Steven Spielberg<br>c/o County Wexford, LLC<br>94 Apaquogue Road<br>East Hampton, NY 11937 | Steven Spielberg<br>c/o County Wexford, LLC<br>Attn: Breslauer, Rutman &<br>    Anderson, LLC<br>11400 W. Olympic Blvd., Ste. 550<br>Los Angeles, CA 90064 |

YOU ARE HEREBY SUMMONED and required to appear in the District Court of the Southern District, at the office of the Clerk of said Court at 500 Pearl Street, New York, NY, by serving an answer to the annexed complaint upon Plaintiff's counsel, Clay Townsend, Esq., at 20 N. Orange Avenue, Suite 1600, Orlando, FL 32801 and Steven Hayes, Esq., at 112 Madison Avenue, New York, NY 10016 within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file your answer with the Clerk of this Court within twenty (20) days either before service on Plaintiff's attorney or immediately thereafter. Upon your failure to answer, judgment will be taken against you for the relief demanded in the annexed complaint, together with the costs of this action.

WITNESS my hand and the seal of this Court on this the SEP 0 5 2008 day of September, 2008.

                                            Clerk of the United States District Court
                                            Southern District of New York

                                          J. MICHAEL McMAHON
                                          By_____
                                            Clerk of the Court

(This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.)

# AFFIDAVIT OF SERVICE

Index #: 08 CIV 7810
Date Filed: September 5, 2008
Court Date:
Assigned Justice: SWAIN

UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT
COUNTY

ATTORNEY(S): : MORGAN & MORGAN   PH: 407.420.1414
ADDRESS: 20 North Orange Avenue, ste 1600 Orlando FL 32802-4979   File No.: sheldon

### THE SHELDON ABEND REVOCABLE TRUST

vs.

### STEVEN SPIELBERG; ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF SUFFOLK SS.:

Susan Cortina, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On **Friday, September 5, 2008** at **8:10PM**. at **4 WEST END AVENUE East Hampton, NY 11937** deponent Served the within

**Summons In A Civil Case and Complaint; Individual Practices of Judge Francis; Individual Practices of Judge Laura Taylor Swain Plaintiffs' Notice Regarding Non-Destruction of Records, Electronic Data or Computer Files and Exhibits**

on: **STEVEN SPIELBERG**

**Defendant** therein named.

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

#1 INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person.

#2 CORPORATION — By delivering to and leaving with _____ and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON [X] — By delivering a true copy of each to **JOHN "DOE" (refused last) - Security** a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [X] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is recipient's[ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on _____ at _____
on _____ at _____
on _____ at _____
on _____ at _____
Address confirmed by

#5 MAIL COPY [X] — On **9/9/2008**, deponent completed service under the last two sections by depositing a true copy of each document to the the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#7 DESCRIPTION [X] (use with #1, 2 or 3) — A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Male   Color of skin: White   Color of hair: Gray   Age: appx.47   Height: appx. 6'1"
Weight: appx.220   Other Features: _____

#8 WIT. FEES — the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [X] — Your deponent asked person spoken to whether the defendant was in the active military service of the United States or N. Y. State and received a negative reply. Upon information and belief I have; being based on the conversation and observations above narrated, defendant is not in the military service.

#10 OTHER [X] — ADDITIONAL SET OF SAID PAPERS WERE MAILED TO DEFENDANT AT DEFENDANT'S MAILING ADDRESS OF PO B0X 1027 - EAST HAMPTON NY 11937-0901

Sworn to before me on this **9** day of **SEPTEMBER, 2008**

DIANNE GONZALEZ-PRINGLE
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Suffolk County
Term Expires June 01, 2011

Susan Cortina
Server's Lic #
InvoiceWorkOrder 0822035

### ONE WORLD JUDICIAL SERVICES, INC.