UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| THE SHELDON ABEND REVOCABLE TRUST, | x : | CASE NO. 08-CIV-7810 (LTS)(JCF) |
| | : | ECF Case |
| Plaintiff, | : | |
| | : | |
| - vs. - | : | **PLAINTIFF'S MOTION FOR** |
| | : | **VOLUNTARY DISMISSAL BY** |
| STEVEN SPIELBERG; DW STUDIOS, LLC | : | **COURT ORDER OF PARTY** |
| (formerly known as DREAMWORKS, LLC); | : | **UNIVERSAL PICTURES** |
| PARAMOUNT PICTURES CORPORATION; | : | **INTERNATIONAL, GmbH** |
| VIACOM, INC.; UNITED INTERNATIONAL | : | **WITHOUT PREJUDICE** |
| PICTURES, B.V.; PARAMOUNT HOME | : | |
| ENTERTAINMENT, INC.; DREAMWORKS | : | |
| HOME ENTERTAINMENT; MONTECITO | : | |
| PICTURE COMPANY, LLC; COLD SPRING | : | |
| PICTURES, LLC; UNIVERSAL PICTURES | : | |
| INTERNATIONAL, GmbH, and DOES 1-10, | : | |
| | : | |
| Defendants. | : | |
| | x | |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff hereby moves for a Voluntary Dismissal by Court Order of the above-captioned action without prejudice, only as against the party, UNIVERSAL PICTURES INTERNATIONAL, GmbH.

**WHEREAS**, there has not been a prior dismissal of this party;

**WHEREAS**, this party has not been served in this matter;

**WHEREAS,** this party has not appeared;

**WHEREAS,** this party has not filed an answer, motion for summary judgment, or other response; and

**WHEREAS**, such dismissal shall not operate as an adjudication on the merits of any claims.

Based on the foregoing terms, Plaintiff respectfully requests that the Court grant this motion and issue an order voluntarily dismissing UNIVERSAL PICTURES INTERNATIONAL, GmbH, without prejudice.

Dated: New York, New York
       February 4, 2010

Respectfully submitted,

  Steven Michael Hayes
  HANLY CONROY BIERSTEIN
  SHERIDAN FISHER & HAYES, LLP
  112 Madison Avenue
  New York, New York 10016
  Phone (212) 784-6414
  Fax  (212) 784-6420

By: *s/ Clay M. Townsend*
    Clay M. Townsend
    MORGAN & MORGAN, P.A.
    20 N. Orange Avenue, Suite 1600
    Orlando, Florida  32802
    Phone (407) 418-2075
    Fax (407) 425-8171

*Attorneys for Plaintiff the Sheldon Abend Revocable Trust*

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on the 4th day of February 2010, I electronically filed a true and correct copy of the foregoing motion by using the CM/ECF system notifying the parties and served a true and correct copy of the same via first class U.S. mail to the following:

**White O'Connor Fink & Brenner, LLP**
Lee S. Brenner, Esq.
10100 Santa Monica Blvd., 23rd Floor
Los Angeles, California 90067

**Law Offices Of Scott G. Goldfinger**
Scott G. Goldfinger, Esq.
225 Broadway, Suite 715
New York, NY 10007

*Attorneys for Defendants Paramount Pictures Corporation, Steven Spielberg, DW Studios LLC (f/k/a DreamWorks, LLC), Viacom, Inc., United International Pictures, B.V., Paramount Home Entertainment, Inc.; Montecito Picture Company, LLC; and Cold Spring Pictures, LLC*

MORGAN & MORGAN, P.A.

*Clay M. Townsend*
20 N. Orange Avenue, Suite 1600
Orlando, Florida  32802
Phone (407) 418-2075
Fax (407) 425-8171

*Attorneys for The Sheldon Abend Revocable Trust*