```
UNITED STATES DISTRICT COURT                          (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
THE SHELDON ABEND REVOCABLE TRUST,      : 08 Civ. 7810 (LTS) (JCF)
                                        :
                 Plaintiff,             :        O R D E R
                                        :
      - against -                       :
                                        :
STEVEN SPIELBERG; DREAMWORKS, LLC;      :
PARAMOUNT PICTURES CORPORATION;         :
VIACOM, INC.; NBC UNIVERSAL, INC.;      :
UNIVERSAL PICTURES CORPORATION; and     :
UNITED INTERNATIONAL PICTURES,          :
B.V.,                                   :
                 Defendants.            :
- - - - - - - - - - - - - - - - - - - -:
```
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Defendants having moved to stay discovery pending determination of their pending motion for summary judgment, it is hereby ORDERED that the motion for a stay (Docket no. 101) is granted.

SO ORDERED.

*[signature]*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          May 20, 2010

Copies mailed this date:

Steven M. Hayes, Esq.
Hanly Conroy Bierstein Sheridan
    Fisher & Hayes, LLP
112 Madison Avenue
New York, New York 10016

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/10
```

1

Clay M. Townsend, Esq.
Keith R. Mitnik, Esq.
Morgan & Morgan PA
20 North Orange Avenue, Suite 1600
Orlando, FL 32801

Scott G. Goldfinger, Esq.
Law Office of Scott G. Goldfinger
225 Broadway, Suite 715
New York, New York 10007

Andrew M. White, Esq.
Allison S. Rohrer, Esq.
Lee S. Brenner, Esq.
White O'Connor Fink & Brenner LLP
10100 Santa Monica Boulevard
Suite 2300
Los Angeles, CA 90067

Kelli L. Sager, Esq.
Andrew J. Thomas, Esq.
Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017

James E. Rosenfeld, Esq.
Davis Wright Tremaine LLP
1633 Broadway
New York, New York 10019